UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ANEADY MENA a/k/a ANEUDY MENA,<br><br>Defendant. | 16 Cr. 44-2 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that whereas the Defendant, Aneady Mena, USM #72906-054, has been sentenced in the above case to a term of time served, the U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

SO ORDERED.

Dated:  August 5, 2020
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge